**Jeffrey HATTON, Petitioner-Appellee,**

v.

**COMMANDING GENERAL, Headquarters, U. S. Army Training Center, Infantry and Fort Polk, Fort Polk, Louisiana, Respondent-Appellant.**

**No. 71–1268**
**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

June 1, 1971.

Donald E. Walter, U. S. Atty., R. Perry Pringle, Asst. U. S. Atty., Shreveport, La., for respondent-appellant.

James J. Cox, Cox & Cox, Lake Charles, La., for petitioner-appellee.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

After an examination of the entire record, the District Court, in an unpublished memorandum opinion by Judge Hunter, held that there was no basis in

---

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

fact for an Army finding of insincerity as to the conscientious objector claims of Jeffrey Hatton, the appellee, who was seeking a discharge.

Our examination of the same record leaves us in complete agreement with the District Court. Its judgment, granting Hatton's petition for the writ of habeas corpus, is accordingly

Affirmed.